# Court of Appeals
# of the State of Georgia

ATLANTA,  March 02, 2022

*The Court of Appeals hereby passes the following order:*

**A22D0240. ALAN CRITTENDEN v. MARIKO CRITTENDEN.**

On December 28, 2021, the trial court entered an order requiring Alan Crittenden to pay OCGA § 9-15-14 attorney fees to Mariko Crittenden. On January 31, 2022, Alan Crittenden filed this application for discretionary appeal. We, however, lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-35 (d). "The requirements of OCGA § 5-6-35 are jurisdictional and this court cannot accept an application for appeal not made in compliance therewith." *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989); see also *Gable v. State*, 290 Ga. 81, 82 (2) (a) (720 SE2d 170) (2011) (noting that this Court "has held that the failure to meet the statutory deadline for filing a discretionary application is a jurisdictional defect"). Alan Crittenden filed this application 34 days after entry of the order he wishes to appeal. Thus, the application is untimely, and it is hereby DISMISSED for lack of jurisdiction.

Mariko Crittenden has filed a frivolous appeal motion seeking the imposition of a $2,500 penalty against Alan Crittenden. See Court of Appeals Rule 7 (e).  That motion is hereby DENIED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* _03/02/2022_

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____, *Clerk.*